PER CURIAM.
Affirmed. Burger King Corp. v. Rudzewicz, 471 U.S. 462, 105 S.Ct. 2174, 85 L.Ed.2d 528 (1985); Junction Bit & Tool Co. v. Village Apartments, Inc., 262 So.2d 659 (Fla.1972); De Marco v. Cayman Overseas Reinsurance Ass’n, Ltd., 460 So.2d 547 (Fla. 1st DCA 1984); Lisbon Holding & Inv. Co. v. Village Apartments, Inc., 237 So.2d 197 (Fla. 3d DCA), cert. dismissed, 241 So.2d 859 (Fla.1970).
3